1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   RONDEL DELBERT GARDNER,                    No. 2:19-cv-0272 TLN KJN P

11            Plaintiff,

12       v.                                     ORDER APPOINTING
                                                LIMITED PURPOSE COUNSEL
13   GAVIN NEWSOM, et al.,

14            Defendants.

15

16        Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, with a civil rights

17   action pursuant to 42 U.S.C. § 1983.  The court finds that the appointment of counsel for plaintiff

18   is warranted for the limited purpose of drafting an amended complaint.  Bryan L. Hawkins and

19   Sarah E. Kozal have been selected from the court's pro bono attorney panel to represent plaintiff

20   for this limited purpose and have agreed to be appointed.

21        Accordingly, IT IS HEREBY ORDERED that:

22   1.  Bryan L. Hawkins and Sarah E. Kozal are appointed as limited purpose counsel in the

23       above entitled matter.  This appointment is for the limited purpose of investigating the

24       claim, then drafting and filing an amended complaint.  The amended complaint will be

25       due 90 days from the date of this order.

26   2.  Bryan L. Hawkins and Sarah E. Kozal's appointment will terminate when plaintiff's

27       amended complaint is filed, or files a notice that an amended complaint would not be

28

1

appropriate.  Prior to the termination of the appointment, the court will accord counsel the

option of proceeding as plaintiff's appointed counsel through a settlement conference or

trial.  If counsel does not wish to continue representation of plaintiff after they have

carried out their limited purpose appointment, the court will consider appointing new

counsel for plaintiff, if deemed appropriate at that time.

3.  Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at

spark@caed.uscourts.gov if they have any questions related to the appointment.

4.  The Clerk of the Court is directed to serve a copy of this order upon Bryan L. Hawkins

and Sarah E. Kozal, Stoel Rives LLP, 500 Capitol Mall, Suite 1600, Sacramento, CA

95814.

Dated:  October 2, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gard0272.31

2