1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONDEL DELBERT GARDNER,                    No.  2: 19-cv-0272 TLN KJN P

12                    Plaintiff,

13          v.                                  ORDER

14   GAVIN NEWSOM, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C.

18   § 1983.  On October 2, 2019, counsel was appointed for the limited purpose of investigating

19   plaintiff's claim and drafting an amended complaint.  (ECF No. 15.)

20          Accordingly, IT IS HEREBY ORDERED that plaintiff's August 21, 2019 motions for

21   discovery and summary judgment (ECF No. 14) are vacated as premature.

22   Dated:  October 7, 2019

23

24                                             KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE
25

26   Gard272.vac

27

28

                                                1