# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDEL DELBERT GARDNER,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No.: 1:20-cv-00240-SAB (PC)<br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

Plaintiff Rondel Delbert Gardner is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The Court has found that the appointment of counsel for Plaintiff is warranted for the limited purpose of drafting the third amended complaint. (ECF No. 24.) Jason R. Crockford has been selected from the Court's pro bono attorney panel to represent Plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Jason R. Crockford is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of investigating the claim, then drafting and filing the third amended complaint. The third amended complaint will be due **sixty (60) days** from the date of this order.

2. Jason R. Crockford's appointment will terminate when Plaintiff's third amended complaint is filed, or files a notice that a third amended complaint would not be

1

appropriate.  Prior to the termination of the appointment, the Court will accord counsel the option of proceeding as Plaintiff's appointed counsel through trial.  If counsel does not wish to continue representation of Plaintiff after he has carried out his limited purpose appointment, the Court will consider appointing new counsel for Plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Jason R. Crockford, Law Office of Jason R. Crockford, 341 N. 19 ½ Ave., Suite 109, Lemoore, CA 93245.

IT IS SO ORDERED.

Dated: __**March 16, 2020**__  _____
UNITED STATES MAGISTRATE JUDGE