UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDEL DELBERT GARDNER,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et.al.,<br><br>    Defendants. | Case No.: 1:20-cv-00240-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED WITH TRIAL AND/OR SETTLEMENT CONFERENCE<br><br>(ECF No. 32) |

    Plaintiff Rondel Delbert Gardner is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Plaintiff's motion to proceed with trial and/or settlement conference, filed April 10, 2020. (ECF No. 32).

    On March 17, 2020, the Court appointed Plaintiff counsel for the limited purpose of filing a third amended complaint. (ECF No. 31.) The third amended complaint is due on or before May 18, 2020. (Id.) Thus, there is no operative complaint on file that states a cognizable claim for relief.

///

///

///

///

///

1

Plaintiff is advised that the Court will set a settlement conference if the action proceeds past screening and Defendants have appeared in the action. In addition, the case cannot and will not be set for trial unless and until the case proceeds past summary judgment. Accordingly, Plaintiff's motion for trial and/or settlement conference is DENIED as premature.

IT IS SO ORDERED.

Dated: **April 13, 2020**

UNITED STATES MAGISTRATE JUDGE