UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDEL DELBERT GARDNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et.al.,<br><br>　　　　Defendants. | No.: 1:20-cv-00240-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 36) |

Plaintiff Rondel Delbert Gardner is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 22, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a temporary restraining order and/or preliminary injunction be denied.  (Doc. No. 36.)  The findings and recommendations were served on plaintiff and contained notice that objections were due within twenty-one (21) days.  (*Id.*)  No objections were filed, and the deadline to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

/////

1

Accordingly,

1. The findings and recommendations issued on April 22, 2020 (Doc. No. 36), are adopted in full; and

2. Plaintiff's motion for a temporary restraining order and/or preliminary injunction (Doc. No. 34) is denied.

IT IS SO ORDERED.

Dated: **June 2, 2020**

_____
UNITED STATES DISTRICT JUDGE