UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDEL DELBERT GARDNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et.al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00240-NONE-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A COPY OF THE THIRD AMENDED COMPLAINT<br><br>(ECF No. 42) |

　　　　Plaintiff Rondel Delbert Gardner is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's request for a copy of the third amended complaint, filed on June 4, 2020.

　　　　On March 17, 2020, the Court appointed counsel for the limited purpose of filing a third amended complaint in this action. (ECF No. 31.)

　　　　On May 15, 2020, counsel filed a third amended complaint. (ECF No. 37.)

　　　　On May 20, 2020, the Court ordered the third amended complaint to be served on the California Department of Corrections and California State Prison-Corcoran. (ECF No. 38.)

　　　　In the instant motion, Plaintiff requests a copy of the third amended complaint in order to further litigate this action. (ECF No. 42.)

　　　　Inasmuch as Plaintiff did not receive a copy of the third amended complaint filed by counsel in

this case, the Court will provide Plaintiff a courtesy copy of the complaint.  To the extent Plaintiff is seeking to file a motion for summary judgment, Plaintiff is advised that although Rule 56 allows a motion for summary judgment to be filed "at any time," Rule 56 also allows the court to issue an order, as is just, denying the motion or ordering a continuance for the opposing party to pursue discovery. Fed. R. Civ. P. 56.  Here, Defendants are entitled to an opportunity to pursue discovery before responding to a summary judgment motion. Defendants have not yet filed an answer, and a discovery order has not issued.  Accordingly, any motion for summary judgment filed prior the filing of an answer and issuance of a discovery order is premature.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a courtesy copy of the third amended complaint filed in this case on May 15, 2020 (ECF No. 37).

IT IS SO ORDERED.

Dated:   **June 5, 2020**

UNITED STATES MAGISTRATE JUDGE