**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONDEL DELBERT GARDNER,<br><br>           Plaintiff,<br><br>      v.<br><br>GAVIN NEWSOM, et.al.,<br><br>           Defendants. | Case No.: 1:20-cv-00240-NONE-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A FURTHER RESPONSE TO THE COMPLAINT WITHIN FOURTEEN DAYS<br><br>(ECF No. 66) |

Plaintiff Rondel Delbert Gardner is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 8, 2021, the Court granted Defendants' motion to dismiss the California State Prison, Corcoran as a Defendant in this action.  (ECF No. 66.)

Accordingly, Defendant the California Department of Corrections and Rehabilitation shall file a further response to the operative complaint within fourteen days from the date of service of this order. Fed. R. Civ. P. 12(4)(A).

IT IS SO ORDERED.

Dated:   **January 11, 2021**

UNITED STATES MAGISTRATE JUDGE

1