UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDEL DELBERT GARDNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et.al.,<br><br>　　　　　Defendants. | No.: 1:20-cv-00240-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 68, 70) |

　　　　Plaintiff Rondel Delbert Gardner is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 22, 2021, the magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be denied.  (Doc. No. 70.)  The findings and recommendations were served on plaintiff and contained notice that objections were due within fourteen (14) days.  (*Id.*)

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

///

///

1

Accordingly,

1. The findings and recommendations issued on January 22, 2021 (Doc. No. 70), are adopted in full; and
2. Plaintiff's motion for default judgment (Doc. No. 68) is denied.

IT IS SO ORDERED.

Dated: __**February 26, 2021**__  	_____
UNITED STATES DISTRICT JUDGE

2