UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT RONDEL GARDNER ,<br><br>                              Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, *et al*.,<br><br>                              Defendants. | Case No. 1:20-cv-00240-NONE-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE DELBERT GARDNER**, **CDCR #E-71905** VIA VIDEO CONFERENCE<br><br>DATE: March 30, 2021<br>TIME:  9:30 a.m. |

**Inmate Delbert Rondel Gardner, CDCR #E-71905**, a necessary and material witness on his own behalf in a Settlement Conference on March 30, 2021, is confined at the California State Prison, Los Angeles County, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to **appear by video conference from his present institution (via Zoom)** before Magistrate Judge Barbara A. McAuliffe, on March 30, 2021, at 9:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video (via Zoom)** before the United States District Court at the time and place above, until completion of the settlement conference, or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Los Angeles County:**

**WE COMMAND** you to produce the inmate named **above to appear by video (via Zoom)** at the time and place above, until completion of the settlement conference, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **March 1, 2021**



UNITED STATES MAGISTRATE JUDGE

