UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDEL DELBERT GARDNER,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et.al.,<br><br>    Defendants. | Case No.: 1:20-cv-00240-NONE-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE RONDEL DELBERT GARDNER, CDCR #E-71905 |

A settlement conference in this matter commenced on March 30, 2021. Inmate Rondel Delbert Gardner, CDCR #E-71905 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 30, 2021**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

1