UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDEL DELBERT GARDNER,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et.al.,<br><br>    Defendants. | Case No.: 1:20-cv-00240-NONE-SAB (PC)<br><br>ORDER DIRECTING PARTIES TO SUBMIT DISPOSITIONAL DOCUMENTS WITHIN TWENTY-ONE DAYS |

Plaintiff Rondel Delbert Gardner is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 30, 2021, this Court conducted a settlement conference, during which the parties reached a settlement agreement, with terms stated on the record. All dates were vacated, and the Court agreed to retain jurisdiction for one year.  Accordingly, it is HEREBY ORDERED that dispositional documents shall be filed within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **March 31, 2021**

UNITED STATES MAGISTRATE JUDGE

1